| AOC-E-105  Sum Code: CI | | Case #: **20-CI-001919** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice    Courts.ky.gov | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **PROMENADE COURT TOWNHOMES OWNERS' ASSOC VS. NATIONWIDE MUTUA**, *Defendant*

TO:  **CORPORATION SERVICE CO.**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is NATIONWIDE MUTUAL INSURANCE CO.

The Commonwealth of Kentucky to Defendant:
**NATIONWIDE MUTUAL INSURANCE CO.**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

  The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholson
Jefferson Circuit Clerk
Date: **3/13/2020**

Presiding Judge: HON. ANN BAILEY SMITH (630350)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: 231258316381185@00000943245
CIRCUIT: 20-CI-001919  Certified Mail
PROMENADE COURT TOWNHOMES OWNERS' ASSOC VS. NATIONWIDE MUTUA



Page 1 of 1



EXHIBIT A

CASE NO. 20-CI-_____           JEFFERSON CIRCUIT COURT
***ELECTRONICALLY FILED***          DIVISION_____
                                                                                                  JUDGE_____

PROMENADE COURT TOWNHOMES OWNERS' ASSOCIATION, INC.
a/k/a COUNCIL OF CO-OWNERS OF PROMENADE COURT
TOWNHOMES, A CONDOMINIUM
100 Promenade Court
Louisville, KY 40223                                                         PLAINTIFF

VS.                          **COMPLAINT**

NATIONWIDE MUTUAL INSURANCE CO.
One West Nationwide Blvd.
Columbus, OH 43215

REGISTERED AGENT: Corporation Service Co.
                                  421 West Main Street
                                  Frankfort, KY 40601                             DEFENDANT

\* \* \* \* \* \* \* \* \* \*

       Plaintiff, Promenade Court Townhomes Owner's Association, Inc. a/k/a Council of Co-owners of Promenade Court Townhomes, a Condominium ("Promenade"), by counsel, for its cause of action against Nationwide Mutual Insurance Company, states as follows:

       1.      Promenade has and at all times hereinafter mentioned had a principal business address at 8003 Lyndon Centre Way, Suite 101, Louisville, KY 40222. Promenade owns the roofs, perimeter walls, clubhouse and common areas of a condominium complex located at 100 Promenade Court, Louisville, KY 40223, at which there are 17 condominiums that occupy four buildings, in addition to the building occupied by the clubhouse.

Filed        20-CI-001919   03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

2. Nationwide Mutual Insurance Co. (hereinafter referred to as "Nationwide") is an insurance company which has done business in Jefferson County, Kentucky at all times pertinent hereto and sold an insurance policy in Jefferson County, Kentucky to Promenade which included casualty insurance coverage for its property at 100 Promenade Court, Louisville, Jefferson County, Kentucky 40223. As stated below, the herein claim arises from casualties which occurred in Jefferson County, Kentucky. Jefferson County, Kentucky is a proper venue for the filing of this action.

3. The herein insurance policy of Promenade with Nationwide was purchased and renewed for a one year term commencing on 01/26/19. Pertinent provisions of the insurance policy sold by Nationwide to Promenade are attached hereto as Exhibit A and incorporated herein. Nationwide had been selling the insurance policy to Promenade for many years and renewed it annually, including for a one year term commencing on 01/26/19. Nationwide had the opportunity to inspect the property at Promenade before reissuing its policy with the effect of having accepted the property at Promenade as is. The insurance policy included replacement cost coverage.

4. On or about 03/14/19, a high speed windstorm passed through Promenade Court. The wind was of such great force that it caused much damage, including without limitation damage to the roofs and shingles, to part of a tree which was knocked down onto a truck, to a fence pat of which was knocked down and to sodding.

Package:000004 of 000018

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000004 of 000018

Filed 20-CI-001919 03/13/2020 David L. Nicholson, Jefferson Circuit Clerk

5. The condominium units and clubhouse at Promenade had been constructed and maintained to have a uniform appearance in order to enhance and maintain the value of the property of Promenade and the condominiums at Promenade.

## COUNT I

6. The allegations of paragraphs 1-5 above are incorporated here in as if fully set out.

7. Promenade gave reasonably prompt notice to Nationwide for the claim for the damage to the property of Promenade caused by the windstorm of 03/14/19 after Promenade knew the magnitude of the damage necessitated a claim to be processed with Nationwide.

8. The damage to the shingles caused by the windstorm of 03/14/19 was so severe that shingles have continued to come loose and fall off, and the damage to the shingles will worsen in the future causing more and more shingles to fall off and the performance and appearance of the roof and property to deteriorate.

9. Replacement shingles cannot be obtained that will cosmetically match with the remaining shingles. The failure to obtain cosmetically matching shingles will substantially decrease the value of all of the property at Promenade Court including the property at Promenade and the condominium units at Promenade. Further, patching repairs of the shingles damaged in the windstorm of 03/14/19 will result in a failure of the roofs to bond into a single functioning unit as is necessary for the proper performance of the roof.

Filed 20-CI-001919 03/13/2020 David L. Nicholson, Jefferson Circuit Clerk

Package:000005 of 000018
Presiding Judge:: HON. ANN BAILEY SMITH (630350)
Package : 000005 of 000018

Filed                    20-CI-001919    03/13/2020              David L. Nicholson, Jefferson Circuit Clerk

10.  Nationwide through its advertising and sales agents represented that Promenade would receive fair and reasonable reimbursement for claims. The adjusters assigned to the claim by Nationwide represented and promised that they would promptly and reasonably evaluate the damage caused by the windstorm of 03/14/19.

11.  The representatives of Nationwide failed to attend scheduled appointments, rescheduled appointments and continued to delay for months without making an offer of reasonable reimbursement for the damages that the 03/14/19 windstorm caused at Promenade.

12.  In processing the claim, a date of loss of 03/14/19 was assigned to the claim by Nationwide without inquiring about other dates during the policy period when the property was damaged including without limitation windstorms which occurred on 04/03/19 and 04/23/19. The damage caused by the subsequent storms on 04/03/19 and 04/23/19 would not have occurred but for the damage caused by the storm of 03/14/19.

13.  In reasonable reliance thereon, Promenade continued to wait for months and Nationwide continued to delay for months without making a reasonable offer of reimbursement. Promenade through its representatives continued to negotiate with Nationwide for a period of months thereafter with the hope that Nationwide would increase its offer. After recognizing that Nationwide would not make a reasonable offer, Promenade obtained representation by a Public Adjuster in late November, 2019.

Package:000006 of 000018    Presiding Judge: HON. ANN BAILEY SMITH (630350)    Package : 000006 of 000018

Filed                    20-CI-001919    03/13/2020              David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-001919   03/13/2020          David L. Nicholson, Jefferson Circuit Clerk

14. The policy contains an Appraisal clause which is one of the provisions attached hereto as Exhibit A. The Public Adjuster triggered the Appraisal clause. Nationwide has indicated that it will go forward with the Appraisal.

15. There is a provision in the insurance policy which provides that suit is to be filed within one year of the date of loss. Under the circumstances of this claim, one year has not allowed a reasonable time for filing suit. Promenade asked Nationwide to go forward with the Appraisal without insisting upon suit being filed, but Nationwide would not agree to do so. Promenade did not retain counsel until 03/06/20.

16. It is the intention of Promenade to replace the roofs with new roofs of similar kind as provided in the policy, but Promenade has not had an opportunity to do so because of the delays of Nationwide and the failure of Nationwide to offer replacement cost reimbursement.

17. Promenade is entitled to judgment against Nationwide for replacement cost reimbursement for the roofs and other property damage which has been damaged by the 03/14/19 windstorm and for loss of use of its property in an amount in excess of the jurisdictional amount for filing suit in this Court. Pursuant to CR 8.01, Promenade does not state a specific amount of damages in this complaint. Promenade seeks judgment therefore in such an amount as the Court and Jury find is fair and reasonable.

## COUNT II

18. The allegations of paragraphs 1- 17 above are incorporated herein as if fully set out.

Filed          20-CI-001919   03/13/2020          David L. Nicholson, Jefferson Circuit Clerk

19. Promenade may be entitled to additional reimbursement pursuant to the terms of the insurance policy from Nationwide for damages caused by the storms that occurred during the policy year prior to and subsequent to 03/14/19, but has not filed separate claims against Nationwide in regards to those storms.

20. Upon information and belief, Promenade may be entitled to judgment against Nationwide for additional reimbursement for the storms which occurred prior to and subsequent to the windstorm of 03/14/19 in an amount in excess of the jurisdictional amount, including without limitation for replacement cost reimbursement for the property which was damages and loss of use of the property. Because of the clause providing that suit be filed within one year, Promenade has included claims therefore in this complaint out of caution. Notwithstanding that, on information and belief, nearly all of the damage to the roofs and other property at Promenade was caused by the storm of 03/14/19. Pursuant to CR 8.01, Promenade has not stated a specific amount of damages for the additional damage caused by the other storms. Promenade seeks judgment therefore in such an amount as the Court and Jury find is fair and reasonable.

### COUNT III

21. The allegations of paragraphs 1- 20 above are incorporated herein as if fully set out.

22. Nationwide has not offered to make any reimbursement to Promenade for the damages due to Promenade, and it has not provided any explanation to Promenade as to why Nationwide has not made any reimbursement. Upon information and belief, it may be the position of Nationwide that Promenade is not

Package:000008 of 000018
Presiding Judge: HON. ANN BAILEY SMITH (630350)
Package : 000008 of 000018

Filed          20-CI-001919   03/13/2020          David L. Nicholson, Jefferson Circuit Clerk

entitled to replacement shingles that would cosmetically match with the remaining shingles and function with the other shingles properly as a single unit.

23. Pursuant to KRS 418.040, a genuine and actual controversy exists between the parties and Promenade desires to obtain a declaration of rights, together with the other relief that Promenade seeks herein. Promenade requests that the Court make a binding declaration of rights to the parties under the policy.

### COUNT IV

24. The allegations of paragraphs 1-23 above are incorporated herein as if fully set out.

25. Nationwide knew or should have known pursuant to the terms of the insurance policy that it was obligated to make reimbursement for matching and bonding roofs to Promenade pursuant to the terms of the insurance policy.

26. Nationwide has misrepresented insurance policy provisions relating to the coverage at issue; refused to pay the claim without conducting a reasonable investigation based on all available information; failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which the liability was reasonably clear; put Promenade in the position of having to institute litigation to recover an amount due under an insurance policy by offering substantially less than the amount which ultimately will be recovered in the action against Nationwide; attempted to settle the claim for less than the amount for which a reasonable man would have believed he was entitled to settle the claim based on advertising materials and the application process; and failed to promptly provide a

Package:000009 of 000018

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000009 of 000018

Filed        20-CI-001919    03/13/2020           David L. Nicholson, Jefferson Circuit Clerk

reasonable explanation of the basis in the insurance policy in relation with facts and law for an offer of this compromise settlement.

27. The conduct of Nationwide as alleged above violated the Kentucky Unfair Settlement Claims Practices Act, KRS 304.12-230 (1), (4), (6), (7), (8) and (14).

28. As a result of the delays of Nationwide, Promenade has suffered and will suffer in the future additional damages, including damage to the unrepaired premises, embarrassment, humiliation, Public Adjuster fees and attorney fees. In addition, Promenade has been required to incur Public Adjuster fees and attorney fees which they otherwise would not have incurred in which event Promenade will suffer additional damages. In addition, upon information and belief, Nationwide will commit additional violations of the Unfair Claims Settlement Practices Act in the future.

29. Promenade is entitled to judgment against Nationwide for the violations of the Unfair Claims Settlement Practices Act to an amount in excess of the jurisdictional amount, the damages to include the amount which was due to Promenade under the policy, punitive damages, other costs and attorney fees pursuant to KRS 304.12-235 (3). Pursuant to CR 8.01, Promenade does not state a specific amount of damages owed to it for the violations of the Unfair Claims Settlement Practices Act. Promenade seeks judgment therefore in the amount that is fair and reasonable as determined by the Court and Jury.

## COUNT V

Package:000010 of 000018    Presiding Judge: HON. ANN BAILEY SMITH (630350)    Package : 000010 of 000018

Filed        20-CI-001919   03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

30. The allegations of paragraphs 1- 29 above are incorporated herein as if fully set out.

31. Nationwide has acted recklessly and without a reasonable basis for the denial of the claims of Nationwide. The conduct of Nationwide constitutes Bad Faith.

32. Promenade is entitled to recover damages against Nationwide for Bad Faith in an amount in excess of the jurisdictional amount for filing suit in this Court. Pursuant to CR 8.01, Promenade does not state a specific amount of damages owed to it by Nationwide for Bad Faith. Promenade seeks judgment for the Bad Faith of Nationwide in an amount which is fair and reasonable as determined by the Court and Jury.

33. The allegations of every paragraph and every Count set out above are incorporated into every other Count herein as if fully set out.

WHEREFORE, Promenade prays for judgment as follows:

1. That Promenade recover judgment against Nationwide for compensatory damages and punitive damages in such an amount that the Court or Jury shall determine is fair and reasonable.

2. That the Court declare the rights of the parties pursuant to the declaratory judgment statute and CR 57.

3. Its costs herein expended, including a reasonable fee for its attorneys, and any and all other relief to which it may be entitled, including trial by jury of all issues so triable.

Filed        20-CI-001919   03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

Filed    20-CI-001919    03/13/2020    David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

/S/ Eric M. Lamb
ERIC M. LAMB
LAMB & LAMB, PSC
P.O. Box 34275
Louisville, KY 40232-4275
Email: eric@lambandlamb.com
Phone: (502) 451-6881, ext. 11

COUNSEL FOR PLAINTIFF

\\LAMBINATOR\L-Drive\Eric Lamb\Eric Lamb Client Info Sheets 1\Promenade Court Townhouses\Pleadings\Complaint 03.13.20.doc

Package:000012 of 000018

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000012 of 000018

Filed    20-CI-001919    03/13/2020    David L. Nicholson, Jefferson Circuit Clerk

Filed            20-CI-001919    03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

# EXHIBIT A

Package:000013 of 000018

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000013 of 000018

Filed            20-CI-001919    03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

Filed           20-CI-001919   03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

# PREMIER BUSINESSOWNERS POLICY
## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

Policy Number: ACP BPHK5684750836

Policy Period: From 01-26-19 To 01-26-20

Description of Premises Number: 001   Building Number: 001   Construction: FRAME
Premises Address 136 PROMENADE CT           LOUISVILLE        KY        40223-2988
Premises ID
Occupancy  OL   Classification: CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
                                AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE
                Described as: UNITS - 136-150 - CONDO-RESIDENTIAL

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a $ 5,000 Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Replacement Cost Extension | $2,398,000 |
| Business Personal Property - | NOT PROVIDED |

ADDITIONAL COVERAGES - the Coverage Form includes other Additional Coverages not shown.

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | INCLUDED |
| Equipment Breakdown | INCLUDED |
| Automatic Increase in Insurance - Building | 6% |
| Automatic Increase in Insurance - Business Personal Property | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDED |
| Increased Cost of Construction | $25,000 |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

OPTIONAL COVERAGES - Other frequently purchased coverage options.

| | |
|---|---|
| Employee Dishonesty  $50,000 Policy Occurrence | INCLUDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | NOT PROVIDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | NOT PROVIDED |
| Ordinance or Law Broadened | INCLUDED |
| Earthquake - Building including masonry veneer - Deductible is 10% of Limit of Insurance | $2,398,000 |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

PB 81 01 (04-11)       NATIONWIDE PROPERTY & CASUALTY INS CO              Page 1 of 2

DIRECT BILL   L6DY       CNH    INSURED COPY           UID   TL      32  00328
Filed           20-CI-001919   03/13/2020        David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-001919   03/13/2020         David L. Nicholson, Jefferson Circuit Clerk

# PREMIER BUSINESSOWNERS POLICY
## PREMIER HABITATIONAL PROPERTY DECLARATIONS

Policy Number: ACP BPHK5684750836

Policy Period: From 01-26-19 To 01-26-20

Description of Premises Number: 001  Building Number: 002  Construction: FRAME
Premises Address 119 PROMENADE CT   LOUISVILLE   KY   40223-2989
Premises ID
Occupancy OL   Classification: CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS AT A PREMISES WITH 5 OR MORE UNITS - 1-4 FAMILY BUILDINGS
Described as: UNITS- 119-125 - CONDO-RESIDENTIAL

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a $5,000 Deductible, unless otherwise stated.

| COVERAGES | | | LIMITS OF INSURANCE |
|---|---|---|---|
| Building - Replacement Cost Extension | | | $1,340,200 |
| Business Personal Property - | | | NOT PROVIDED |

ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.

| | | | |
|---|---|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | | | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | | | INCLUDED |
| Equipment Breakdown | | | INCLUDED |
| Automatic Increase In Insurance - Building | | | 6% |
| Automatic Increase in Insurance - Business Personal Property | | | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | | | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | | INCLUDED |
| Increased Cost of Construction | | | $25,000 |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

OPTIONAL COVERAGES - Other frequently purchased coverage options.

| | |
|---|---|
| Employee Dishonesty   $50,000 Policy Occurrence | INCLUDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | NOT PROVIDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | NOT PROVIDED |
| Ordinance or Law Broadened | INCLUDED |
| Earthquake - Building including masonry veneer - Deductible is 10% of Limit of Insurance | $1,340,200 |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

PB 81 01 (04-11)   NATIONWIDE PROPERTY & CASUALTY INS CO   Page 1 of 2

DIRECT BILL   L6DY      CNH   INSURED COPY         UID   TL      32  00330

Filed          20-CI-001919   03/13/2020         David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-001919   03/13/2020          David L. Nicholson, Jefferson Circuit Clerk

# PREMIER BUSINESSOWNERS POLICY
## PREMIER HABITATIONAL
## PROPERTY DECLARATIONS

Policy Number: ACP BPHK5684750836

Policy Period: From 01-26-19 To 01-26-20

Description of Premises Number: 001   Building Number: 003   Construction: FRAME
Premises Address  127 PROMENADE CT                    LOUISVILLE   KY   40223-2989
Premises ID
Occupancy OL   Classification: CONDOMINIUM ASSOCIATION - RESIDENTIAL - MULTIPLE BUILDINGS
AT A PREMISES WITH 5 OR MORE UNITS - 5 UNIT OR MORE
Described as: UNITS - 127-135 - CONDO-RESIDENTIAL

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a $5,000 Deductible, unless otherwise stated.

| COVERAGES | | | LIMITS OF INSURANCE |
|---|---|---|---|
| Building - Replacement Cost Extension | | | $1,610,800 |
| Business Personal Property - | | | NOT PROVIDED |

ADDITIONAL COVERAGES - the Coverage Form includes other Additional Coverages not shown.

| | | | |
|---|---|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | | | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | | | INCLUDED |
| Equipment Breakdown | | | INCLUDED |
| Automatic Increase in Insurance - Building | | | 6% |
| Automatic Increase in Insurance - Business Personal Property | | | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | | | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | | INCLUDED |
| Increased Cost of Construction | | | $25,000 |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

OPTIONAL COVERAGES - Other frequently purchased coverage options.

| | |
|---|---|
| Employee Dishonesty   $50,000 Policy Occurrence | INCLUDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | NOT PROVIDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | NOT PROVIDED |
| Ordinance or Law Broadened | INCLUDED |
| Earthquake - Building including masonry veneer - Deductible is 10% of Limit of Insurance | $1,610,800 |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

PB 81 01 (04-11)     NATIONWIDE PROPERTY & CASUALTY INS CO              Page 1 of 2

DIRECT BILL   L6DY        CNH    INSURED COPY       UID   TL       32   00332
Filed          20-CI-001919   03/13/2020          David L. Nicholson, Jefferson Circuit Clerk

Package: 000016 of 000018
Presiding Judge: HON. ANN BAILEY SMITH (630350)
Package: 000016 of 000018

# PREMIER BUSINESSOWNERS POLICY
## PREMIER HABITATIONAL PROPERTY DECLARATIONS

Policy Number: ACP BPHK5684750836

Policy Period: From 01-26-19 To 01-26-20

Description of Premises Number: 001    Building Number: 005    Construction: FRAME
Premises Address  152 PROMENADE CT                              LOUISVILLE    KY    40223-2988
Premises ID
Occupancy  OL   Classification: CLUBHOUSES (HABITATIONAL)

Described as: CLUBHOUSE

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a $5,000 Deductible, unless otherwise stated.

| COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Building - Replacement Cost Extension | $126,900 |
| Business Personal Property - | NOT PROVIDED |

**ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.**

| | |
|---|---|
| Business Income - ALS - 12 Months - NO Hour Waiting Period - 60 Day Ordinary Payroll Limit | INCLUDED |
| Extra Expense - Actual Loss Sustained (ALS) - 12 Months - NO Hour Waiting Period | INCLUDED |
| Equipment Breakdown | INCLUDED |
| Automatic Increase in Insurance - Building | 6% |
| Automatic Increase in Insurance - Business Personal Property | NOT PROVIDED |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to $25,000 policy aggregate) | $5,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | INCLUDED |
| Increased Cost of Construction | $25,000 |

| OPTIONAL INCREASED LIMITS | Included Limit | Additional Limit | |
|---|---|---|---|
| Account Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery and Alteration | $10,000 | | $10,000 |
| Money and Securities - Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | $10,000 |
| Business Personal Property Away From Premises | $15,000 | | $15,000 |
| Business Personal Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption of Computer Operations | $10,000 | | $10,000 |
| Building Property of Others | $10,000 | | $10,000 |

**OPTIONAL COVERAGES - Other frequently purchased coverage options.**

| | |
|---|---|
| Employee Dishonesty   $50,000 Policy Occurrence | INCLUDED |
| Ordinance or Law - 1 - Loss to Undamaged Portion | NOT PROVIDED |
| 2 - Demolition Cost and Broadened Increased Cost of Construction | NOT PROVIDED |
| Ordinance or Law Broadened | INCLUDED |
| Earthquake - Building including masonry veneer - Deductible is 10% of Limit of Insurance | $126,900 |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below. Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired. See PB 04 30 for a description of each symbol. APPLICABLE SYMBOLS: **NOT APPLICABLE**

PB 81 01 (04-11)          NATIONWIDE PROPERTY & CASUALTY INS CO                Page 1 of 2

DIRECT BILL   L6DY          CNH       INSURED COPY              UID   TL        32  00336

Package:000017 of 000018

Presiding Judge: HON. ANN BAILEY SMITH (630350)

Package : 000017 of 000018

PB 00 02 11 14

But this $250 deductible will not increase the property deductible shown in the Declarations for the scheduled property. This $250 deductible is in addition to all other deductibles.

Example:

If: The amounts of loss to the damaged property are $50,000 (building) and $1,000 (exterior building glass.) The actual limit of insurance on the damaged property is $200,000 and the property deductible shown in the policy declarations is $1,000.

Based on the example information and the coverage language, the most we will pay for this claim is as follows:

Exterior Glass: $1,000 (loss amount) - $250 (exterior glass deductible) = $750 (amount paid for loss).

Building: $50,000 (loss amount) - $750 (remaining deductible amount after the exterior glass deductible) = $49,250 (amount paid for loss).

The most we will pay for this loss is $50,000 ($49,250 + $750). The portion of the total loss that is not covered due to the application of each deductible documented above is $1,000 ($750 + $250).

3. No deductible applies to the following Additional Coverages:
   a. Fire Department Service Charge;
   b. Fire Extinguisher Recharge;
   c. Business Income;
   d. Extra Expense;
   e. Civil Authority; and
   f. Arson Reward for Conviction.

E. **PROPERTY LOSS CONDITIONS**
   1. **Abandonment**
      There can be no abandonment of any property to us.
   2. **Appraisal**
      If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days. The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
      a. Pay its chosen appraiser; and
      b. Bear the other expenses of the appraisal and umpire equally.

      If there is an appraisal, we will still retain our right to deny the claim.

   3. **Duties In The Event Of Loss Or Damage**
      a. You must see that the following are done in the event of loss of or damage to Covered Property:
         (1) Notify the police if a law may have been broken.
         (2) Give us prompt notice of the loss or damage. Include a description of the property involved.
         (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.
         (4) Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

            HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.
         (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item.
         (6) As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

            Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
         (7) Send us a signed, sworn proof of loss containing the information we request

**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
04/06/2020 11:09:15 AM
Shaw88

**Case #:** 20-CI-001919   **Envelope #:** 2312583
**Received From:** ERIC   LAMB   **Account Of:** ERIC   LAMB
**Case Title:** PROMENADE COURT TOWNHOMES OWNERS' ASSOC VS. NATIONWIDE MUTUA   **Confirmation Number:** 106690781
**Filed On** 3/13/2020  10:58:39PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $12.80 |
| 8 | Charges For Services(Copy - Photocopy) | $1.80 |
| | **TOTAL:** | **$282.60** |

Generated: 3/16/2020    Page 1 of 1

FILED IN CLERKS OFFICE
JEFFERSON CIRCUIT CT

2020 MAR 26 AM 9:19

CLERK
BY _____ D.C.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to: Nationwide Mutual Insurance co<br>CSC-LAWYERS INCORPORATING SERVICE COMPANY<br>421 W. MAIN STREET<br>FRANKFORT, KY 40601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[MAR 20 2020 FRANKFORT KY 40601 postmark] |
| 20CI001919 (SC13)<br>9590 9402 5353 9189 6288 78 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2970 0001 2776 9478 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |